

NADAguides Value Report 9/29/2021

## 2015 Jeep Compass
Utility 4D Latitude 4WD

⇄ CHANGE CAR   ⊕ COMPARE

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $10,400 | $11,625 | $12,600 | $15,425 |
| Mileage (70,102) | $725 | $725 | $725 | $725 |
| Total Base Price | $11,125 | $12,350 | $13,325 | $16,150 |
| Options |  |  |  |  |
| **Price + Options** | **$11,125** | **$12,350** | **$13,325** | **$16,150** |

Sell my car fast. **Get Offer.**